

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JESUS GARCIA, | | No. 08-25-00195-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 65th District Court |
| | § | |
| JENESIS JULIETA ALONSO, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2025DCM3562) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 22nd day of August 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.